J. ORIN YEAGER, Appellant, *v.* MECHANICS AND METALS NATIONAL BANK, Respondent.

*Contract — principal and agent — banks and banking — action to recover for alleged breach of contract — defense that defendant acted as agent.*

*Yeager v. Mechanics & Metals Nat. Bank,* 212 App. Div. 860, affirmed.

(Argued October 28, 1925; decided November 24, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 6, 1925, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial. The action was to recover for an alleged breach of contract on the part of defendant to secure and deposit to plaintiff's order at a bank in Berlin certain bonds. The defense was that defendant was acting solely as plaintiff's agent and was, therefore, only liable for negligence.

*Stephen J. McTague* and *Harold J. Treanor* for appellant.

*Frank M. Patterson* and *Mervyn Mackenzie* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.